LUIGI ANTONELLI et al., Respondents, *v.* RAFFAELLO MORGILLI et al., Appellants.

(Argued June 4, 1934; decided July 3, 1934.)

*Frank H. Innes* for appellants.
*Ralph Cerreta* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.